## (December 15, 1944.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HEIGHLAR REALTY CORPORATION, Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HEIGHLAR REALTY CORPORATION, Appellant, against JOSEPH LILLY et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*Per Curiam.* Special Term properly dismissed the 1939–40 proceedings. *(People ex rel. Northchester Corp.* v. *Miller,* 288 N. Y. 163.)

After weighing the evidence in the proceedings for the remaining years and considering all factors relevant we sustain the trial court's land values but find the values for the building to be the following: 1938–39, $280,000; 1940–41, $270,000; 1941–42, $265,000; 1942–43, $260,000; the total value allowable, however, to relator for the year 1938–39 may not exceed the total value claimed for that year, viz., $475,000; and, accordingly, the proper values for said years and the total values allowable are found to be as follows:

| Year | Land | Building | Allowable Total Values |
|---|---|---|---|
| 1938–39 | $165,000 | $280,000 | $475,000 (amount claimed) |
| 1940–41 | 165,000 | 270,000 | 435,000 |
| 1941–42 | 155,000 | 265,000 | 420,000 |
| 1942–43 | 155,000 | 260,000 | 415,000 |

The order so far as appealed from, should be modified accordingly and as so modified affirmed, with twenty dollars costs and disbursements to appellant.

Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ., concur.

Final order, so far as appealed from, unanimously modified as indicated in opinion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Settle order on notice.